UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| LUCIA A. FRIAZ, ET AL., § | |
| § | |
| Plaintiffs, § | |
| v. § | |
| § | Civil Action No. 9:09-CV-162 (TJW) |
| GULF COAST MARINE & ASSOCS., § | |
| INC., ET AL., § | |
| § | |
| Defendants. § | |

### DEFENDANTS' NOTICE OF FILING OF STIPULATION OF DISMISSAL IN COMPLIANCE WITH THE COURT'S ORDER OF APRIL 20, 2011

COME NOW, Defendants Gulf Coast Marine & Associates, Inc., Halliburton Energy Services, Inc., f/k/a Halliburton Company, Schlumberger Technology Corporation, and Matthews Daniel Company (collectively, "Defendants"), and file this Notice of Filing of Stipulation of Dismissal in Compliance With the Court's Order of April 20, 2011 ("Notice").

On April 20, 2011, this Court conditionally granted the Defendants' Consolidated Motion to Dismiss for *Forum Non Conveniens*. (Docket Entry 118.) This dismissal was subject to a return jurisdiction clause that included the following conditions:

1. Defendants' agreement to appear and submit themselves to the jurisdiction of a Mexican federal or state court, waiving any jurisdictional defenses they might normally possess;

2. Defendants' agreement to waive any statute of limitations defense[1] that they did not possess as of the date this lawsuit was originally filed;

3. Defendants' agreement to submit to discovery in the Mexican forum in

---

[1] The Court's April 20 Order did not require that Defendants agree to waive any laches defense that they did not possess at the time the Plaintiffs originally filed this lawsuit with the Court. However, given that Defendants previously agreed to such a waiver in the case styled *Maria Santos Lopez Dominguez, et al. v. Gulf Coast Marine & Associates, Inc., et al.*, Cause No. 9:08 CV-200, in the United States District Court, Eastern District of Texas, Lufkin Division (*see* Docket Entry 142-2), they will make the same concession here.

      accordance with the procedural rules of the Mexican court;

4.   Defendants' agreement that they will make all relevant witnesses and documents available in Mexico to the extent consistent with Mexican law;

5.   Defendants' agreement that they will make any employee witness available for trial in Mexico to the extent consistent with Mexican law.

The Defendants are filing the requested Stipulation, attached to this notice, assenting to these conditions in compliance with the Court's order.

WHEREFORE, the Defendants respectfully request that this Court accept the attached Stipulation and dismiss the Plaintiffs' case in accordance with the Court's Order of April 20, 2011.

Dated: April 29, 2011                              Respectfully submitted,

                                                    */s/ Hugh E. Tanner*
                                                    Hugh E. Tanner
                                                      Texas Bar No. 19637400
                                                  MORGAN, LEWIS & BOCKIUS LLP
                                                   1000 Louisiana St., Suite 4200
                                                   Houston, TX  77002-5006
                                                   Telephone: (713) 890-5000
                                                   Fax: (713) 890-5001
                                                   htanner@MorganLewis.com

                                                   ATTORNEY-IN-CHARGE FOR DEFENDANT
                                                   SCHLUMBERGER TECHNOLOGY
                                                   CORPORATION

        /s/ *Michael D. Williams\**
Michael D. Williams
  Texas Bar No. 21564330
BROWN SIMS, P.C.
1177 West Loop South, 10th Floor
Houston, Texas 77027-9007
Telephone: (713) 629-1580
Facsimile: (713) 629-5027

ATTORNEY-IN-CHARGE FOR DEFENDANT
GULF COAST MARINE & ASSOCIATES, INC.

/s/ *R. Bruce Hurley\**
R. Bruce Hurley
  State Bar No. 10311400
KING & SPALDING
1100 Louisiana, Suite 3300
Houston, Texas 77002-5219
Telephone: 713.751.3200
Fax: 713.751.3290

ATTORNEY-IN-CHARGE FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.
F/K/A HALLIBURTON CO.

/s/ *Mark C. Clemer\**
Mark C. Clemer
  Texas Bar No. 04372300
Brown Sims, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027
[t] 713-629-1590
[f] 713-629-5027
mclemer@brownsims.com

ATTORNEY-IN-CHARGE FOR DEFENDANT
MATTHEWS DANIEL COMPANY

\*Signed by Hugh E. Tanner with express permission.

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 29th day of April, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                               /s/ *Hugh E. Tanner*
                                               Hugh E. Tanner