UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| LUCIA A. FRIAZ, ET AL., § | |
| § | |
| Plaintiffs, § | |
| v. § | |
| § | Civil Action No. 9:09-CV-162 (TJW) |
| GULF COAST MARINE & ASSOCS., § | |
| INC., ET AL., § | |
| § | |
| Defendants. § | |

## STIPULATION OF DEFENDANTS REGARDING DISMISSAL

COME NOW, Defendants Gulf Coast Marine & Associates, Inc., Halliburton Energy Services, Inc., f/k/a Halliburton Company, Schlumberger Technology Corporation, and Matthews Daniel Company (collectively, "Defendants"), and file their stipulation in accordance with the Court's Memorandum Opinion and Order conditionally granting Defendants' Consolidated Motion to Dismiss for *Forum Non Conveniens*. (Docket Entry 118.)

## STIPULATIONS

In the event the Plaintiffs in this lawsuit refile any of their claims arising from the allegations set forth in their Complaint in a Mexican court, Defendants hereby stipulate to the following:

1. Defendants agree to appear and submit themselves to the jurisdiction of a Mexican federal or state court, waiving any jurisdictional defenses they might normally possess.

2. Defendants agree to waive any statute of limitations or laches defense that they did not possess as of the date this lawsuit was originally filed.

3. Defendants agree to submit to discovery in the Mexican forum in accordance with the procedural rules of the Mexican court.

DB1/67184492.2

4. Defendants agree that they will make all relevant witnesses and documents available in Mexico to the extent consistent with Mexican law.

5. Defendants further agree that they will make any employee witness available for trial in Mexico to the extent consistent with Mexican law.

Dated:  April 29, 2011                              Respectfully submitted,


/s/ Hugh E. Tanner
Hugh E. Tanner
  Texas Bar No. 19637400
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana St., Suite 4200
Houston, TX  77002-5006
Telephone: (713) 890-5000
Fax: (713) 890-5001
htanner@MorganLewis.com

ATTORNEY-IN-CHARGE FOR DEFENDANT
SCHLUMBERGER TECHNOLOGY
CORPORATION


/s/  Michael D. Williams*
Michael D. Williams
  Texas Bar No. 21564330
BROWN SIMS, P.C.
1177 West Loop South, 10th Floor
Houston, Texas 77027-9007
Telephone:  (713) 629-1580
Facsimile:  (713) 629-5027

ATTORNEY-IN-CHARGE FOR DEFENDANT
GULF COAST MARINE & ASSOCIATES, INC.

/s/ *R. Bruce Hurley*\*
R. Bruce Hurley
  State Bar No. 10311400
KING & SPALDING
1100 Louisiana, Suite 3300
Houston, Texas 77002-5219
Telephone:  713.751.3200
Fax: 713.751.3290

ATTORNEY-IN-CHARGE FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.
F/K/A HALLIBURTON CO.


/s/ *Mark C. Clemer*\*
Mark C. Clemer
  Texas Bar No. 04372300
Brown Sims, P.C.
1177 West Loop South, Tenth Floor
Houston, Texas 77027
[t] 713-629-1590
[f] 713-629-5027
mclemer@brownsims.com

ATTORNEY-IN-CHARGE FOR DEFENDANT
MATTHEWS DANIEL COMPANY

\*Signed by Hugh E. Tanner with express permission.

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of April, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                                  /s/ *Hugh E. Tanner*
                                                  Hugh E. Tanner